## DAVID MURPHY *v.* CHARLES A. BUONATO, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 239 (AC 14053), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the plaintiff was a 'keeper' under General Statutes § 22-327 and prohibited from recovering from the dog's owner for injuries caused by the dog when the plaintiff was temporarily caring for the dog at the owner's request?"

The Supreme Court docket number is SC 15558.

*James A. Mulhall, Jr.,* in support of the petition.

*David G. Hill,* in opposition.

Decided October 29, 1996

## STATE OF CONNECTICUT *v.* ALEXANDRO ROMERO

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 555 (AC 15437), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

Decided October 29, 1996

## LESLIE SRAGER ET AL. *v.* KENNETH KOENIG

The plaintiffs' petition for certification for appeal from the Appellate Court, 42 Conn. App. 617 (AC 14859), is denied.

*John Timbers*, in support of the petition.

*Marni Smith Katz*, in opposition.

Decided October 29, 1996

## LESLIE SRAGER ET AL. *v.* KENNETH KOENIG

The petition of attorney John Timbers for certification for appeal from the Appellate Court, 42 Conn. App. 617 (AC 14859), is denied.

*John Timbers*, in support of the petition.

*Marni Smith Katz*, in opposition.

Decided October 29, 1996

## STATE OF CONNECTICUT *v.* SCOTT ELIJAH

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 687 (AC 14733), is denied.

*John R. Williams*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided October 29, 1996

## IROQUOIS GAS TRANSMISSION SYSTEM ET AL. *v.* HENRY J. MILESKI

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 47 (AC 14448), is denied.